## A10A1825. BUTLER v. THE STATE.
(718 SE2d 869)

DOYLE, Judge.

In *State v. Butler*,[1] an unpublished order, the Supreme Court vacated this Court's opinion in *Butler v. State*.[2]

Accordingly, pursuant to the Supreme Court's order, our opinion in this case is vacated, the judgment of the Supreme Court is made the judgment of this court, and this case is remanded to the trial court for entry of a proper order pursuant to *Barker v. Wingo*[3] and *Higgenbottom v. State*.[4]

*Judgment vacated and case remanded. Ellington, C. J., and Andrews, J., concur.*

DECIDED NOVEMBER 14, 2011.

*Sparticus D. Heyward*, for appellant.

*Patrick H. Head, District Attorney, Bert T. Reeves, Jr., Dana J. Norman, Anna G. Cross, John R. Edwards, Amelia G. Pray, Assistant District Attorneys*, for appellee.

---

[1] Case No. S11C1209, Nov. 7, 2011.

[2] 309 Ga. App. 86 (709 SE2d 293) (2011).

[3] 407 U. S. 514 (92 SC 2182, 33 LE2d 101) (1972).

[4] 288 Ga. 429 (704 SE2d 786) (2011).

